COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| LINDA S. RESTREPO AND CARLOS E. RESTREPO, D/B/A COLLECTIVELY RDI GLOBAL SERVICES AND R & D INTERNATIONAL, | § § § § | No. 08-13-00183-CV<br><br>Appeal from the |
| Appellants, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § § | (TC# 2012DCV04523) |
| Appellee. | § | |

# A M E N D E D   O R D E R

Appellee has raised in its brief a cross-point asserting that the appeal should be dismissed for lack of jurisdiction because the notice of appeal was untimely. The order denying Appellants' special appearance was signed on May 31, 2013. An appeal from such an order is an accelerated appeal. *See* TEX.CIV.PRAC. & REM.CODE ANN. §51.014(a)(7)(West Supp. 2012). Consequently, the notice of appeal was due to be filed no later than June 20, 2013. *See* TEX.R.APP.P. 26.1(b)(in accelerated appeal, notice of appeal due with twenty days after the order is signed). Appellants did not file their notice of appeal until July 1, 2015. The notice of appeal was late but filed within fifteen days after the deadline. Consequently, a motion for extension of time to file the notice of appeal is implied, but Appellants are still required to provide a reasonable explanation for the delay. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

1

We conclude that Appellants should be provided with an opportunity to remedy this defect in the implied motion for extension of time.

The Court hereby gives notice of its intent to dismiss the appeal for want of jurisdiction unless any party establishes grounds for the appeal to continue within ten days from the date of this order. Appellants are specifically directed to file with the Court a reasonable explanation for their failure to timely file the notice of appeal. If Appellants fail to provide a reasonable explanation within ten days from the date of this order, the Court will dismiss the appeal for want of jurisdiction without further notice.

IT IS SO ORDERED this 30th day of AUGUST, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.
(Rivera, J., not participating)

2